# In the United States Court of Federal Claims

No. 21-1058

(Filed: July 8, 2021)

| | |
|---|---|
| **SYMPLICITY CORPORATION**, | ) |
| Plaintiff, | ) |
| v. | ) |
| **UNITED STATES**, | ) |
| Defendant. | ) |

## ORDER

Pending before the court is plaintiff's unopposed motion for voluntary dismissal, filed July 7, 2021. *See* ECF No. 10.

Plaintiff's motion is GRANTED, and the case shall be DISMISSED without prejudice pursuant to Rule 41(a)(2) of the Rules of the Court of Federal Claims.[1] The clerk will enter judgment in accordance with this disposition.

No costs.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge

---

[1] The government's motion to dismiss is DENIED as moot.